Lee C. Nusich, OSB No. 772918
nusichl@lanepowell.com
Michael A. Nesteroff, OSB No. 066648
nesteroffm@lanepowell.com
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants
Wells Fargo Bank, N.A. and James M. Wilson

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| IRONWOOD HOMES, INC., an Oregon Corporation, PATRICK D. HUSKE and TAMARA L. HUSKE,<br><br>                Plaintiffs,<br><br>    v.<br><br>CRAIG E. BOWEN, PAMELA A. BOWEN, and MICHAEL C. GIBBONS,<br><br>and<br><br>WELLS FARGO BANK, N.A., JAMES M. WILSON, DONALD W. NELSON, and LINKE ENTERPRISES OF OREGON, INC. (aka FRONTIER LEATHER COMPANY),<br><br>and<br><br>STERLING SAVINGS BANK and ACTION MORTGAGE COMPANY,<br><br>                Defendants<br><br>    v.<br><br>GREGORY and KRISTIN KLECKER,<br>             Third-Party Defendants. | CV No. 08-0098-BR<br><br>JUDGMENT OF DISMISSAL AS TO DEFENDANTS CRAIG E. BOWEN, PAMELA A. BOWEN, MICHAEL C. GIBBONS, WELLS FARGO BANK, N.A., JAMES M. WILSON, DONALD W. NELSON, and LINKE ENTERPRISES OF OREGON, INC. (aka FRONTIER LEATHER COMPANY) |

PAGE 1 -   JUDGMENT OF DISMISSAL

013620.0825/5103619.1

Pursuant to the Stipulation for Dismissal on file herein among and between Plaintiffs Ironwood Homes, Inc., Patrick D. Huske and Tamara L. Huske and Defendants Craig E. Bowen, Pamela A. Bowen, Michael C. Gibbons, Wells Fargo Bank, N.A., James M. Wilson, Donald W. Nelson and Linke Enterprises of Oregon, Inc. (aka Frontier Leather Company) (Doc.# 389), and the Court being otherwise fully advised in the premises, is it hereby

ORDERED AND ADJUDGED AS FOLLOWS:

(1)    All Claims filed herein by either Plaintiffs Ironwood Homes, Inc., Patrick D. Huske or Tamara L. Huske against Defendants Craig E. Bowen, Pamela A. Bowen, Michael C. Gibbons, Wells Fargo Bank, N.A., James M. Wilson, Donald W. Nelson or Linke Enterprises of Oregon, Inc. (aka Frontier Leather Company) are dismissed with prejudice and without award of costs or attorney fees to any party;

(2)    All Counterclaims filed herein by either Defendants Craig E. Bowen, Pamela A. Bowen, Michael C. Gibbons, Wells Fargo Bank, N.A., James M. Wilson, Donald W. Nelson or Linke Enterprises of Oregon, Inc. (aka Frontier Leather Company) against Plaintiffs Ironwood Homes, Inc., Patrick D. Huske or Tamara L. Huske are dismissed with prejudice and without award of costs or attorney fees to any party; and

(3)    All Cross Claims filed by Defendants Craig E. Bowen, Pamela A. Bowen, Michael C. Gibbons, Wells Fargo Bank, N.A., James M. Wilson, Donald W. Nelson or Linke Enterprises of Oregon, Inc. (aka Frontier Leather Company) against Defendants Craig E. Bowen, Pamela A. Bowen, Michael C. Gibbons, Wells Fargo Bank, N.A., James M. Wilson, Donald W. Nelson or Linke Enterprises of Oregon, Inc. (aka Frontier

PAGE 2 -   **JUDGMENT OF DISMISSAL**

Leather Company) are dismissed with prejudice and without award of costs or attorney fees to any party.

Dated:  June 16, 2011.

_____
Anna J. Brown
United States District Court Judge

SUBMITTED BY: _____

Lee C. Nusich, OSB No. 792918
Michael A. Nesteroff, OSB No. 066648
Telephone: 503.778.2119
Attorneys for Defendants Wells Fargo Bank, N.A. and James M. Wilson

PAGE 3 -  **JUDGMENT OF DISMISSAL**