Timothy J. Resch
OSB No. 98331
TResch@SamuelsLaw.com
SAMUELS YOELIN KANTOR LLP
Attorneys at Law
111 S.W. Fifth Ave., Suite 3800
Portland, Oregon 97204-3642
Telephone (503) 226-2966
Facsimile (503) 222-2937

Of Attorneys for Third-Party Defendants
Gregory L. Klecker and Kristin K. Klecker

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
(Portland Division)

| | |
|---|---|
| IRONWOOD HOMES, INC., an Oregon Corporation, PATRICK D. HUSKE and TAMARA L. HUSKE,<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG E. BOWEN, PAMELA A. BOWEN, and MICHAEL C. GIBBONS,<br><br>and<br><br>WELLS FARGO BANK, N.A., JAMES M. WILSON, DONALD W. NELSON, and LINKE ENTERPRISES OF OREGON, INC. (aka FRONTIER LEATHER COMPANY)<br><br>and<br><br>STERLING SAVINGS BANK and ACTION MORTGAGE COMPANY,<br><br>Defendants. | Case No: CV 08-0098-BR<br><br>**STIPULATED DISMISSAL WITHOUT PREJUDICE** |

Page 1 – STIPULATED DISMISSAL WITHOUT PREJUDICE

SAMUELS YOELIN KANTOR LLP
Attorneys at Law
111 S.W. 5th Avenue, Suite 3800
Portland, OR 97204
Telephone (503) 226-2966
Facsimile (503) 222-2937

STERLING SAVINGS BANK,

                Counterclaimant,

v.

PATRICK D. HUSKE and TAMARA L. HUSKE, and IRONWOOD HOMES, INC., an Oregon corporation,

                Counterdefendants.


STERLING SAVINGS BANK,

                Third Party Plaintiff,

v.

GREGORY L. KLECKER and KRISTIN K. KLECKER,

                Third Party Defendants.


      It is hereby stipulated by Third-Party Defendants Gregory L. Klecker and Kristin K. Klecker (the "Kleckers") and Plaintiff/Counterdefendants Patrick D. Huske and Tamara L. Huske (the "Huskes") that all crossclaims by the Kleckers against the Huskes are hereby dismissed without prejudice, with each party to bear its own costs and expenses including attorney fees.

Dated: June 10, 2011

Page 2 – STIPULATED DISMISSAL WITHOUT PREJUDICE

SAMUELS YOELIN KANTOR LLP
Attorneys at Law
111 S.W. 5th Avenue, Suite 3800
Portland, OR 97204
Telephone (503) 226-2966
Facsimile (503) 222-2937

*(signature)*

TIMOTHY J. RESCH, OSB #98331
Samuels Yoelin Kantor LLP
111 SW 5th Avenue, Suite 3800
Portland, OR 97204
Ph: 503-226-2966
Fx: 503-222-2937
TResch@SamuelsLaw.com

*Of Attorneys for Third-Party Defendants*
*Gregory L. Klecker and Kristin K. Klecker*

*(signature)*

Thomas R. Benke, OSB 92225
trbenke@env-compliance.com
The Environmental Compliance Organization LLC
7845 SW Capitol Hwy, Ste 8
Portland, OR 97219
Tel. 503-246-1514
Fax 503-246-3676

*Attorney for Plaintiffs/Counterdefendants Patrick D. Huske*
*and Tamara L. Huske*

IT IS SO ORDERED:

*(signature)* 6-17-2011

The Honorable Anna Brown
United States District Judge

O:\S\S4031-1\PLEADINGS\STIPULATED DISMISSAL WITHOUT PREJUDICE.doc

Page 3 – STIPULATED DISMISSAL WITHOUT PREJUDICE

SAMUELS YOELIN KANTOR LLP
Attorneys at Law
111 S.W. 5th Avenue, Suite 3800
Portland, OR 97204
Telephone (503) 226-2966
Facsimile (503) 222-2937